IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Joshua Curtis, :
:
      Petitioner(s), :
: Case Number: 1:11cv751
vs. :
: Chief Judge Susan J. Dlott
Warden, Lebanon Correctional Institution, :
:
      Respondent(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael R. Merz filed on July 17, 2012 (Doc. 12), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 3, 2012, hereby ADOPTS said Report and Recommendation.

Accordingly, the petition is **DISMISSED** with prejudice.  Since reasonable jurists will agree, petitioner is **DENIED** a certificate of appealability and this Court certifes to the Court of Appeals that an appeal will not be taken in objective good faith.

IT IS SO ORDERED.

        s/Susan J. Dlott
        Chief Judge Susan J. Dlott
        United States District Court